**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ELIZABETH SUTO,**

**Plaintiff,** **CASE NO.: 8:15-cv-01999-VMC-EAJ**

**v.**

**FRONTLINE ASSET STRATEGIES LLC,**
**and JEFFERSON CAPITAL SYSTEMS, LLC,**

**Defendants.**
_____________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW**, Plaintiff, **ELIZABETH SUTO**, by and through undersigned counsel, voluntarily dismisses its complaint on all counts against all parties, with prejudice.

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished as follows on this **11th** day of **September, 2015.**

1. _X_ E-mail/E-Services, ____ Delivery, ___ US Mail, ___Fax

Michael P. Schuette, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
mschuette@sessions-law.biz

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
FBN: 74864
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760
(p) (727) 538-4188 / (f) (727) 362-4778
mike@zieglerlawoffice.com